## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JUDITH A. LEE, <br><br> Plaintiff <br><br> v. <br><br> WASHINGTON MUTUAL BANK, FA; JPMORGAN CHASE BANK, N.A., AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE TRUST, <br><br> Defendants | C.A. No. 1:12-cv-00029-M-LDA |

**MOTION OF DEFENDANTS JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE TO DISMISS**

Now come JPMorgan Chase Bank, N.A. and Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust ("Defendants") and respectfully move to dismiss the Complaint filed in this action.

The grounds for this motion are set forth in Defendants' memorandum of law, which is submitted herewith.

JPMORGAN CHASE BANK, N.A. AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ David J. Pellegrino (#7326)
David J. Pellegrino (#7326)
Christopher M. Wildenhain (#8619)
Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
djp@psh.com

DATED:  June 10, 2013

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 10, 2013.

/s/ David J. Pellegrino

1847657_1/4773-386